154 A.3d 694

IN THE MATTER OF MADISON BOARD OF EDUCATION, PETITIONER-PETITIONER, AND MADISON EDUCATION ASSOCIATION, RESPONDENT-RESPONDENT.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003794-14 having been submitted to this Court, and the Court having considered, the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 695

IN THE MATTER OF THE ISSUANCE OF ACCESS CONFORMING LOT PERMIT NO. A-17-N-N028-2013. (PAK'S FAST SERVICE, INC.—PETITIONER)

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003552-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.